# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KIDANEMARIAM KASSA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CIVIL ACTION FILE NO.<br>)<br>) <u>1:17-CV-02068-AT</u> |
| FULTON COUNTY, GEORGIA,<br>PAUL H. HOWARD, officially &<br>individually,<br>ANTIONETTE STEPHENSON,<br>individually,<br>PIERRE EASLEY, individually, and<br>JOHN DOE, officially & individually, | )<br>)<br>)<br>)<br>) JURY TRIAL REQUESTED<br>)<br>)<br>) |
| Defendants. | )<br>) |

## MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS

COMES NOW PLAINTIFF KIDANEMARIAM KASSA and, pursuant to the Federal Rules of Civil Procedure, Rule 4 (m) and for good cause, moves the Court for an order granting an extension of time within which Plaintiff may serve Defendants, and in support thereof shows the following:

1.

The undersigned filed the Complaint on behalf of Mr. Kassa on June 6, 2017.

1

2.

The undersigned has encountered a conflict of interest that may disqualify her from representing Plaintiff.

3.

Additional time is required to either resolve the conflict or secure replacement counsel for Plaintiff.

4.

The undersigned has retained a process server to complete service of process while she works to address the conflict of interest.

WHEREFORE DEFENDANT PRAYS that this Honorable Court grant an extension of thirty (30) days for the service of the Complaint on the Defendants.

Respectfully submitted this 29th day of August, 2017.

/S/TIFFANY WILLIAMS ROBERTS
**Tiffany Williams Roberts**
Bar No. 791208
235 Peachtree Street, Suite 400
Atlanta, Georgia 30303
(404) 287-2090 – telephone
(678) 965-1790 –facsimile
troberts@tiffanywroberts.com

## CERTIFICATION

Counsel for Plaintiff certifies that the foregoing Complaint complies with the font and point size requirements of Local Rule 5.1 (C).

<u>/S/TIFFANY WILLIAMS ROBERTS</u>
**Tiffany Williams Roberts**
Bar No. 791208
191 Peachtree Street, Suite 3300
Atlanta, Georgia 30303
(404) 287-2090 (t); (678) 965-1790 (f)
troberts@tiffanywroberts.com