# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| **KIDANEMARIAM KASSA,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) **CIVIL ACTION FILE NO.**<br>)<br>) **1:17-CV-02068-AT** |
| **FULTON COUNTY, GEORGIA,**<br>**PAUL H. HOWARD, officially &**<br>**individually,**<br>**ANTIONETTE STEPHENSON,**<br>**individually,**<br>**PIERRE EASLEY, individually, and**<br>**JOHN DOE, officially & individually,** | )<br>)<br>)<br>)<br>) **JURY TRIAL REQUESTED**<br>)<br>)<br>) |
| Defendants. | )<br>) |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS

Plaintiff's Motion for Extension of Time to Serve Defendants having been filed on August 29, 2017, it appears to the Court that the allegations in said motion provide just cause for the extension of time within which to serve those Defendants. Thus, it is hereby ORDERED that the time period within which the Summonses and Complaints directed to Defendants must be served will be extended up to and including October 7, 2017.

SO ORDERED this _____ day of _____, 2017.

1

_____
Honorable Amy Totenberg
Judge, United States District Court
Northern District of Geogia