IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KIDANEMARIAM KASSA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:17-CV-2068-AT |
| FULTON COUNTY, GEORGIA, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

This matter is before the Court on Plaintiff's Motion for Extension of Time to Serve Defendants [Doc. 8]. Plaintiff filed her Complaint on June 6, 2017. Federal Rule of Civil Procedure 4(m) requires Plaintiff to serve all Defendants within ninety days after the Complaint is filed or face dismissal of the Complaint. Plaintiff asks for an extension of time through October 7, 2017 to serve Defendants due to Plaintiff's counsel having a potential conflict of interest issue. Plaintiff seeks this additional time so that her counsel can either resolve the conflict or secure replacement counsel.

Upon review and for good cause shown, the Court **GRANTS** Plaintiff's motion [Doc. 8]. Plaintiff must serve Defendants no later than October 7, 2017 or potentially face dismissal.

2

**IT IS SO ORDERED** this 21st day of September, 2017.

$\qquad$ *Amy Totenberg*
_____
**Amy Totenberg**
**United States District Judge**