```
           IN THE UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION
```

| | | |
|---|---|---|
| KIDANEMARIAM KASSA, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL RIGHTS COMPLAINT |
| v. | ) | 42 U.S.C. §1983 |
| | ) | |
| FULTON COUNTY, GEORGIA, | ) | CIVIL RIGHT ACTION NO. |
| PAUL H. HOWARD, officially & | ) | 1:17-CV-02068-AT |
| Individually, | ) | |
| ANTIONETTE STEPHENSON, | ) | |
| individually, PIERRE EASLEY, | ) | |
| individually, and JOHN DOE, | ) | |
| officially & individually, | ) | |
| | ) | |
|     Defendants. | ) | |
| _____ | ) | |

**DEFENDANTS PIERRE EASLEY AND ANTOINETTE STEPHENSON'S MOTION TO FILE AMENDED SPECIAL APPEARANCE MOTIONS TO DISMISS**

COME NOW Defendants Pierre Easley and Antoinette Stephenson, by and through undersigned counsel, and move this Honorable Court to permit amendment of Defendants' previously filed special appearance motions to dismiss. Defendants' proposed amended motions and briefs in support are herein attached as Exhibits "A" through "D". In support of Defendants' motion for leave to amend, Defendants rely upon the attached memorandum of law in support.

Respectfully submitted, this 28th day of September, 2017.

**OFFICE OF THE COUNTY ATTORNEY**

Patrise Perkins-Hooker
COUNTY ATTORNEY
Georgia Bar No. 572358

Kaye W. Burwell
Deputy County Attorney
Georgia Bar No. 775060

*/s/ Ashley J. Palmer*
Ashley J. Palmer
Senior Assistant County Attorney
Georgia State Bar No. 603514

**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)

```
        IN THE UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF GEORGIA
                  ATLANTA DIVISION

KIDANEMARIAM KASSA,            )
                               )
     Plaintiff,                )
                               )    CIVIL RIGHTS COMPLAINT
v.                             )    42 U.S.C. §1983
                               )
FULTON COUNTY, GEORGIA,        )    CIVIL RIGHT ACTION NO.
PAUL H. HOWARD, officially &   )    1:17-CV-02068-AT
Individually,                  )
ANTIONETTE STEPHENSON,         )
individually, PIERRE EASLEY,   )
individually, and JOHN DOE,    )
officially & individually,     )
                               )
     Defendants.               )
_____)
```

**CERTIFICATE OF SERVICE**

THIS CERTIFIES that on September 28, 2017, I presented this document in Courier New, 12 point type, and that I have electronically filed the foregoing **DEFENDANTS PIERRE EASLEY AND ANTOINETTE STEPHENSON'S MOTION TO FILE AMENDED SPECIAL APPEARNCE MOTIONS TO DISMISS** with the Clerk of Court using the CM/ECF system, and will provide mail notification to the following attorney of record:

             Tiffany Williams Roberts
         Tiffany W. Roberts, Attorney at Law
                    Suite 400
              235 Peachtree Street
              Atlanta, Georgia 30303

3

This 28th day of September, 2017.

*/s/ Ashley J. Palmer*
Ashley J. Palmer
Senior Assistant County Attorney
Georgia State Bar No.: 603514

**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)