```
              IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF GEORGIA
                        ATLANTA DIVISION
```

| | |
|---|---|
| KIDANEMARIAM KASSA, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL RIGHTS COMPLAINT |
| v. ) | 42 U.S.C. §1983 |
| ) | |
| ) | CIVIL ACTION NO. |
| ) | 1:17-CV-02068-AT |
| FULTON COUNTY, GEORGIA, ) | |
| PAUL H. HOWARD, officially & ) | |
| Individually, ) | |
| ANTIONETTE STEPHENSON, ) | |
| individually, PIERRE EASLEY, ) | |
| individually, and JOHN DOE, ) | |
| officially & individually, ) | |
| ) | |
|     Defendants. ) | |

**DEFENDANTS FULTON COUNTY, GEORGIA AND FULTON COUNTY DISTRICT ATTORNEY PAUL HOWARD, JR'S MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(b)(2), 12(b)(5) AND 12(b)(6)[1]**

COME NOW Defendants Fulton County, Georgia ("Fulton County") and Fulton County District Attorney Paul Howard, Jr. ("DA Howard") (collectively, "Defendants"), by and through undersigned counsel and in DA Howard's official and individual capacity, and move this Honorable Court to dismiss the claims asserted against them in Plaintiff's Civil Rights Complaint due to insufficiency of service of process, the Court's lack of

---

[1] Defendant Fulton County, Georgia files this motion to dismiss by special appearance only, without waiving the defenses of insufficiency of process, subject matter jurisdiction and venue or submitting itself to the jurisdiction of this Court.

personal jurisdiction, and Plaintiff's failure to state a claim upon which relief can be granted. Defendants move this Court to grant the instant Motion to Dismiss for the reasons more fully shown in the Brief in Support of Defendants' Motion to Dismiss. The legal authority supporting this motion is filed contemporaneously herewith.

Respectfully submitted, this 28th day of September, 2017.

        **OFFICE OF THE COUNTY ATTORNEY**

        Patrise Perkins-Hooker
        COUNTY ATTORNEY
        Georgia Bar No. 572358

        Kaye W. Burwell
        Deputy County Attorney
        Georgia Bar No. 775060

        ***/s/ Ashley J. Palmer***
        Ashley J. Palmer
        Senior Assistant County Attorney
        Georgia State Bar No. 603514

**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)

```
        IN THE UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF GEORGIA
                  ATLANTA DIVISION
```

KIDANEMARIAM KASSA,            )
                               )
     Plaintiff,                )
                               )        CIVIL RIGHTS COMPLAINT
v.                             )        42 U.S.C. §1983
                               )
                               )        CIVIL ACTION NO.
                               )        1:17-CV-02068-AT
FULTON COUNTY, GEORGIA,        )
PAUL H. HOWARD, officially &   )
Individually,                  )
ANTIONETTE STEPHENSON,         )
individually, PIERRE EASLEY,   )
individually, and JOHN DOE,    )
officially & individually,     )
                               )
     Defendants.               )
_____)

**CERTIFICATE OF SERVICE**

THIS CERTIFIES that on September 28, 2017, I presented this document in Courier New, 12 point type, and that I have electronically filed the foregoing **DEFENDANT FULTON COUNTY, GEORGIA AND DISTRICT ATTORNEY PAUL HOWARD, JR'S MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(b)(2), 12(b)(5) AND 12(b)(6)** with the Clerk of Court using the CM/ECF system, and will provide mail notification to the following attorney of record:

```
          Tiffany Williams Roberts
        Tiffany W. Roberts, Attorney at Law
                  Suite 400
```

                    235 Peachtree Street
                    Atlanta, Georgia 30303

This 28TH day of September, 2017.

                    ***/s/ Ashley J. Palmer***
                    Ashley J. Palmer
                    Senior Assistant County Attorney
                    Georgia State Bar No.: 603514

**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)