AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-CV-02068-AT

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* PIERRE EASLEY

was received by me on *(date)* 10/04/2017

☑ I personally served the summons on the individual at *(place)* 3937 Compton Pointe Ellenwood, GA 30294-1478 on *(date)* 10/04/2017 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 10/06/2017

*(signature)* Allah P Allah
ALLAH P ALLAH
Notary Public
DeKalb County, Georgia
Commission Expires February 14, 2019

*Server's signature:* Rashid McCall   GA # PDSG044300

*Printed name and title:* Rashid McCall, Investigator

*Server's address:* P.O. BOX 162243, Atlanta GA 30321

Additional information regarding attempted service, etc:

Pierre Easley answered the door brandishing a Glock semi-automatic handgun. I used verbal judo to disarm Pierre Easley and waited for him to place the handgun on the ground before I perfected service. I was escorted to Pierre Easley's resident by DeKalb County Police Officer T. Harden #3094.