AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:17-CV-02068-AT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Antionette A. Stephenson
was received by me on *(date)* .

☐ I personally served the summons on the individual at *(place)*
on *(date)* ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* Antonio Stephenson, a person of suitable age and discretion who resides there,
on *(date)* 9/5/2017, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is
designated by law to accept service of process on behalf of *(name of organization)*
on *(date)* ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/8/2017

Server's signature

Roosevelt Watt II
Printed name and title

Server's address

Additional information regarding attempted service, etc:

Sworn to and subscribed before me in September 8th 2017. Roosevelt personally appeared before me.

[Notary seal: PATRICIA A. MCKENZIE, NOTARY PUBLIC, GWINNETT CO., GEORGIA, MY COMMISSION EXPIRES MAY 14, 2019]