AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-CV-02068-AT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Fulton County
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Ardelia (Dee Dee) Helwter, who is designated by law to accept service of process on behalf of *(name of organization)* Fulton County
on *(date)* Oct 6, 2017 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10-6-2017

_____
Server's signature

Process Server   Roosevelt Watt
*Printed name and title*

2200 Fairburn Rd SW, ATL GA 30331
*Server's address*

Jenese M Hill
NOTARY PUBLIC
Douglas County, GEORGIA
My Comm. Expires
11/06/2018

Additional information regarding attempted service, etc: