AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-CV-02068-AT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Fulton County

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Adrienne Kilcoyne, who is designated by law to accept service of process on behalf of *(name of organization)* Fulton County
~~September 5~~ on *(date)* 9/5/17 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 9/8/2017

Server's signature

Roosevelt Watt
Printed name and title

Server's address

Additional information regarding attempted service, etc:

Sworn to and subscribed before me on September 8th 2017 Roosevelt Watt personally appeared before me.

[Notary seal: PATRICIA A MCK___, MY COMMISSION EXPIRES NOV 14 2019, GWINNETT CO., GEORGIA, NOTARY PUBLIC]