# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **KIDANEMARIAM KASSA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **CIVIL ACTION FILE NO.** |
| vs. ) | |
| ) | **1:17-CV-02068-AT** |
| **FULTON COUNTY, GEORGIA,** ) | |
| **PAUL H. HOWARD,** officially & ) | |
| individually, ) | |
| **ANTIONETTE STEPHENSON,** ) | |
| individually, ) | **JURY TRIAL REQUESTED** |
| **PIERRE EASLEY,** individually, and ) | |
| **JOHN DOE,** officially & individually, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT ANTOINETTE STEPHENSON'S SPECIAL APPEARANCE MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(b) (2), 12 (b) (5) AND (12 (b) (6)**

COMES NOW PLAINTIFF KIDADEMARIAM KASSA ("Plaintiff") and by and through his undersigned counsel of record and files this RESPONSE TO DEFENDANT ANTOINETTE STEPHENSON'S SPECIAL APPEARANCE MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(b) (2), 12 (b) (5) AND (12 (b) (6).

Plaintiff respectfully requests that this Honorable Court DENY Defendant Stephenson's Motion, FINDS that service of process on Defendant was sufficient

and that other claims of Defendant are moot due to the filing of Plaintiff's First Amended Complaint for Damages after the filing of Defendant's motion.

Respectfully submitted this 27th day of October, 2017.

/S/TIFFANY WILLIAMS ROBERTS
**Tiffany Williams Roberts**
Bar No. 791208
235 Peachtree Street, Suite 400
Atlanta, Georgia 30303
(404) 287-2090 – telephone
(678) 965-1790 –facsimile
troberts@tiffanywroberts.com

CERTIFICATION

Counsel for Plaintiff certifies that the foregoing Complaint complies with the font and point size requirements of Local Rule 5.1 (C).

/S/TIFFANY WILLIAMS ROBERTS
**Tiffany Williams Roberts**
Bar No. 791208
191 Peachtree Street, Suite 3300
Atlanta, Georgia 30303
(404) 287-2090 (t); (678) 965-1790 (f)
troberts@tiffanywroberts.com

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **KIDANEMARIAM KASSA,** | )<br>)<br>) |
| **Plaintiff,** | )<br>)<br>) |
| vs. | ) **CIVIL ACTION FILE NO.**<br>)<br>) **1:17-CV-02068-AT** |
| **FULTON COUNTY, GEORGIA,**<br>**PAUL H. HOWARD, officially &**<br>**individually,**<br>**ANTIONETTE STEPHENSON,**<br>**individually,**<br>**PIERRE EASLEY, individually, and**<br>**JOHN DOE, officially & individually,** | )<br>)<br>)<br>)<br>) **JURY TRIAL REQUESTED**<br>)<br>) |
| **Defendants.** | )<br>) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 27, 2017, I have electronically filed the foregoing <u>PLAINTIFF'S RESPONSE TO DEFENDANT STEPHENSON'S SPECIAL APPEARANCE MOTION TO DISMISS & BRIEF IN SUPPORT</u> with the Clerk of Court using the CM/ECF system which will provide electronic notification to the following attorney of record:

<u>**Ashley J. Palmer**</u>
<u>**OFFICE OF THE FULTON COUNTY ATTORNEY**</u>
<u>**141 Pryor Street, S.W., Suite 4038**</u>
<u>**Atlanta, Georgia 30303**</u>
<u>**(404) 612-0246 (office); (404) 730-6324 (facsimile)**</u>

This the 27th day of October, 2017.

**/S/TIFFANY WILLIAMS ROBERTS**
**Tiffany Williams Roberts**
Bar No. 791208
235 Peachtree Street, Suite 400
Atlanta, Georgia 30303
(404) 287-2090 – telephone
(678) 965-1790 –facsimile
troberts@tiffanywroberts.com