AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

KIDANEMARIAM KASSA

Plaintiff(s)

v.

FULTON COUNTY, GEORGIA
PAUL H. HOWARD
PIERRE EASLEY
ANTOINETTE A. STEPHENSON & JOHN DOE

Defendant(s)

Civil Action No. 1:17-CV-02068-AT

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address) PIERRE EASLEY
582 Freemans Walk
Stone Mountain, Georgia 30083

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: TIFFANY W. ROBERTS, ESQ.
235 PEACHTREE STREET NE
SUITE 400
ATLANTA, GEORGIA 30303

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
CLERK OF COURT

Date: August 29, 2017

s/ James Jarvis
Signature of Clerk or Deputy Clerk

received by: Pierre _____ print
_____ sign
10/4/17  11:43 date/time
336-918-05__  cell #

ALLAH P. ALLAH
Notary Public
DeKalb County, Georgia
Commission Expires February 14, 2019

"Exhibit 1"