# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KIDANEMARIAM KASSA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CIVIL ACTION FILE NO.<br>)<br>) 1:17-CV-02068-AT<br>) |
| FULTON COUNTY, GEORGIA,<br>PAUL H. HOWARD, officially &<br>individually,<br>ANTIONETTE STEPHENSON,<br>individually,<br>PIERRE EASLEY, individually, and<br>JOHN DOE, officially & individually, | )<br>)<br>)<br>)<br>) JURY TRIAL REQUESTED<br>)<br>)<br>) |
| Defendants. | )<br>) |

**[Proposed] CONSENT ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANTS FULTON COUNTY, DISTRICT ATTORNEY PAUL HOWARD, ASSISTANT DISTRICT ATTORNEY ANTOINETTE STEPHENSON, INVESTIGATOR PIERRE EASLEY AND JOHN DOE'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12 (b) (1) and 12 (b) (6)**

This cause is before the Court upon the request of Plaintiff Kidanemariam Kassa to extend his time to respond to <u>Defendants Fulton County, District Attorney Paul Howard, Assistant District Attorney Antoinette Stephenson, Investigator Pierre Easley And John Doe's Motion To Dismiss Pursuant To Fed. R. Civ. P. 12 (B) (1) And 12 (B) (6)</u>. Defendants do not object to the extension.

1

Plaintiff's deadline to respond to Defendants' Motion to Dismiss is extended through and including Friday, November 24, 2017.

SO ORDERED, this _____ day of _____, 2017.

_____
Hon. Amy Totenberg
Judge, United States District Court
Northern District of Georgia

**Prepared by:**
**/S/TIFFANY WILLIAMS ROBERTS**
**Tiffany Williams Roberts**
Bar No. 791208
235 Peachtree Street, Suite 400
Atlanta, Georgia 30303
(404) 287-2090 – telephone
(678) 965-1790 –facsimile
troberts@tiffanywroberts.com

**/S/ASHLEY J. PALMER**
**Ashley J. Palmer**
**OFFICE OF THE FULTON COUNTY ATTORNEY**
**141 Pryor Street, S.W., Suite 4038**
**Atlanta, Georgia 30303**
**(404) 612-0246 (office); (404) 730-6324 (facsimile)**