# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KIDANEMARIAM KASSA, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION FILE NO. |
| | ) 1:17-CV-02068-AT |
| FULTON COUNTY, GEORGIA, PAUL H. HOWARD, officially & individually, ANTIONETTE STEPHENSON, individually, PIERRE EASLEY, individually, and JOHN DOE, officially & individually, | ) JURY TRIAL REQUESTED |
| Defendants. | ) |

**PLAINTIFF'S RESPONSE TO DEFENDANTS FULTON COUNTY, DISTRICT ATTORNEY PAUL HOWARD, ASSISTANT DISTRICT ATTORNEY ANTOINETTE STEPHENSON, INVESTIGATOR PIERRE EASLEY AND JOHN DOE'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12 (b) (1) and 12 (b) (6)**

COMES NOW PLAINTIFF KIDADEMARIAM KASSA ("Plaintiff") and by and through his undersigned counsel of record and files this RESPONSE TO DEFENDANTS FULTON COUNTY, DISTRICT ATTORNEY PAUL HOWARD, ASSISTANT DISTRICT ATTORNEY ANTOINETTE STEPHENSON, INVESTIGATOR PIERRE EASLEY AND JOHN DOE'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12 (b) (1) and 12 (b) (6)

Plaintiff respectfully requests that this Honorable Court DENY Defendants' Motion and FIND that Plaintiff's Amended Complaint pleads a claim upon which relief can be granted.

Respectfully submitted this 13th day of November, 2017.

**/S/TIFFANY WILLIAMS ROBERTS**
**Tiffany Williams Roberts**
Bar No. 791208
235 Peachtree Street, Suite 400
Atlanta, Georgia 30303
(404) 287-2090 – telephone
(678) 965-1790 –facsimile
troberts@tiffanywroberts.com

## CERTIFICATION

Counsel for Plaintiff certifies that the foregoing Complaint complies with the font and point size requirements of Local Rule 5.1 (C).

**/S/TIFFANY WILLIAMS ROBERTS**
**Tiffany Williams Roberts**
Bar No. 791208
191 Peachtree Street, Suite 3300
Atlanta, Georgia 30303
(404) 287-2090 (t); (678) 965-1790 (f)
troberts@tiffanywroberts.com

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **KIDANEMARIAM KASSA,** | |
| Plaintiff, | |
| vs. | **CIVIL ACTION FILE NO.** |
| | **1:17-CV-02068-AT** |
| **FULTON COUNTY, GEORGIA,** | |
| **PAUL H. HOWARD,** officially & individually, | |
| **ANTIONETTE STEPHENSON,** individually, | **JURY TRIAL REQUESTED** |
| **PIERRE EASLEY,** individually, and | |
| **JOHN DOE,** officially & individually, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 13, 2017, I have electronically filed the foregoing <u>PLAINTIFF'S RESPONSE TO DEFENDANTS FULTON COUNTY, DISTRICT ATTORNEY PAUL HOWARD, ASSISTANT DISTRICT ATTORNEY ANTOINETTE STEPHENSON, INVESTIGATOR PIERRE EASLEY AND JOHN DOE'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12 (b) (1) and 12 (b) (6)</u> with the Clerk of Court using the CM/ECF system which will provide electronic notification to the following attorney of record:

**Ashley J. Palmer**
**OFFICE OF THE FULTON COUNTY ATTORNEY**
**141 Pryor Street, S.W., Suite 4038**
**Atlanta, Georgia 30303**

**(404) 612-0246 (office); (404) 730-6324 (facsimile)**

This the 13th day of November, 2017.

/S/TIFFANY WILLIAMS ROBERTS
**Tiffany Williams Roberts**
Bar No. 791208
235 Peachtree Street, Suite 400
Atlanta, Georgia 30303
(404) 287-2090 – telephone
(678) 965-1790 –facsimile
troberts@tiffanywroberts.com