IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KIDANEMARIAM KASSA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 1:17-CV-2068-AT |
| FULTON COUNTY, GEORGIA, *et al.*, | : |
| | : |
| Defendants. | : |

## **ORDER**

This matter is before the Court on Plaintiff's Proposed Consent Order for Extension of Time to File Plaintiff's Response to Defendants' Motion to Dismiss [Doc. 28]. Plaintiff asks that the deadline for her to respond be extended to November 24, 2017. Defendants do not oppose this request for an extension.

Upon review, the Court finds good cause for allowing the extension. The Court hereby **ORDERS** that Plaintiff's deadline to respond to Defendants' Motion to Dismiss is extended to November 24, 2017.

**IT IS SO ORDERED** this 13th day of November, 2017.

_____
**Amy Totenberg**
**United States District Judge**