IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KIDANEMARIAM KASSA,<br><br>　　Plaintiff,<br><br>v.<br><br><br><br>FULTON COUNTY, GEORGIA,<br>PAUL H. HOWARD, officially &<br>Individually,<br>ANTIONETTE STEPHENSON,<br>individually, PIERRE EASLEY,<br>individually, and JOHN DOE,<br>officially & individually,<br><br>　　Defendants. | CIVIL RIGHTS COMPLAINT<br>42 U.S.C. §1983<br><br>CIVIL ACTION NO.<br>1:17-CV-02068-AT |

### AFFIDAVIT OF KAREN NELSON IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

KAREN NELSON, who appeared before the undersigned notary public duly authorized to administer oaths in this state and after being sworn, deposes and says as follows:

1.

I am Karen Nelson. I am more than twenty-one (21) years old and am under no legal disability which would prevent me from giving this affidavit. I am giving this affidavit based upon my own personal knowledge of the operations of the Fulton County Sheriff's Office. This affidavit is made for use as evidence in

1

support of Defendants' Motion to Dismiss in the above-styled case.

2.

I am a Criminal Information Systems Supervisor in the GCIC section of the Law Enforcement Division of the Fulton County Sheriff's Office, where I supervise the processing of wanted persons' information over both the statewide and national criminal history databases, known as GCIC and NCIC, respectively, to include the entering of warrants into the databases and also the removal of said warrants. I am also the Agency TAC (Terminal Agency Coordinator) for the Fulton County Sheriff's Office. In that role, I oversee the operation of our GCIC/NCIC terminals, ensure policy/procedural compliance with the GCIC/NCIC mandates, and communicate with other local and state agencies.

3.

"GCIC," as referred to above, is the acronym for the Georgia Crime Information Center, a central criminal record repository for arrest and final disposition information based on arrests and prosecutions statewide. The computerized criminal history system provides access to arrest, disposition and custodial data and is available to local law enforcement through the network of terminals located in local police departments,

sheriff's offices, courts, correctional institutions, and federal and state law enforcement agencies. The National Crime Information Center, or "NCIC," is the United States government's central database for tracking crime-related information. Criminal justice agencies, such as the Fulton County Sheriff's Office, enter records into NCIC that are accessible to law enforcement agencies nationwide.

4.

In order to recall or cancel a warrant in Fulton County, to include a material witness warrant, the Fulton County Sheriff's Office must either receive a warrant cancellation notice or a court order. Said notice or order would be transmitted directly to my division.

5.

A warrant cancellation notice is a document that notifies the Sheriff's Office that a warrant has been cancelled or recalled and can be removed from the GCIC/NCIC databases. The warrant cancellation notice is typically prepared by a court officer, i.e., district attorney, probation officer, and the like.

6.

Both warrant cancellation notices and court orders are electronically filed after the judge signs them, and either an

individual from Superior Court or the court's assigned case manager will physically deliver, fax or electronically transmit the e-filed document to the Sheriff's Office for processing. Once said notice or order is received, a member of my team ensures that the warrant is removed from GCIC/NCIC.

7.

Prior to the e-file process, warrant cancellation notices and court orders were signed by the judge, taken to Superior Court and then typically someone from the Superior Court Clerk's Office or the court's assigned case manager would physically deliver, fax or electronically tranmsit the order to the Sheriff's Office for processing as described above.

8.

Whether the warrant is cancelled via court order or a warrant cancellation notice, both documents require a judge's signature for the warrant cancellation or recall to be effectuated.

9.

I declare under penalty of perjury that the facts contained in this affidavit are true and correct.

Executed in Fulton County, Georgia this 12th day of October, 2018.

_____
Karen Nelson

SWORN to and subscribed
before me this 12th day
of October, 2018.

_____
Notary Public

My Commission Expires: