**Exhibit A**

IN THE SUPERIOR COURT OF FULTON COUNTY

STATE OF GEORGIA

*FILED IN OFFICE MAR 18 2015 DEPUTY CLERK SUPERIOR COURT FULTON COUNTY, GA*

| | |
|---|---|
| STATE OF GEORGIA | * |
| | * |
| VS. | *  INDICTMENT NO. 14SC126099 |
| | *  Judge WENDY SHOOB |
| JARVIS TAYLOR | * |
| | * |

## APPLICATION FOR ARREST OF MATERIAL WITNESS

**COMES NOW** the State of Georgia, by and through its counsel, Paul L. Howard, Jr., District Attorney for the Atlanta Judicial Circuit, pursuant to the authority of Ga. Const. 1983, Art. I, Sec. I, Para XIV and O.C.G.A. §§ 15-1-3(4), 17-4-42, 17-7-25, and 17-7-26, requests this honorable Court to issue an order for the arrest of a material witness, Kidanemariam Kassa. In support of this application, the state shows this Court the following:

1.

By Indictment No. 14SC126099 Mr. Jarvis Taylor (hereinafter "Defendant") is accused of one count of Criminal Attempt to Commit Armed Robbery, O.C.G.A. §§ 16-4-1 and 16-8-41; one count of Armed Robbery O.C.G.A. § 16-8-41; and one count of Aggravated Assault O.C.G.A. § 16-5-21. The Fulton County Grand Jury voted a True Bill on April 22, 2014.

2.

The above-styled case is set for trial before the Honorable Wendy Shoob on March 23, 2015.

3.

KIDANEMARIAM KASSA is a material witness in this case. This witness is the victim in the Armed Robbery charge against the Defendant. The witness was able to pick the Defendant out of a six pack photo array. The Fulton County District Attorney's office has attempted to locate and personally serve this witness. Upon intelligence gathered, the Fulton County District Attorney Office believes the witness (and victim) is evading service. On March 17, 2015, Inv. Pierre Easley of the Fulton County District Attorney's Office, went to the witness' home to conduct an interview and serve a subpoena for trial. Before leaving his office, Inv. Pierre Easley used Securus to ping the witness' cellular telephone and it showed the witness was in the vicinity of his listed address. Inv. Pierre Easley spoke with the apartment manager at the location and verified that the witness lived at the address we had and that witness was the only one on the lease. The apartment manager also verified the phone number we

had as belonging to the witness and that was the only one they had on file. When Inv. Pierre Easley knocked on the witness' door and announced who he was, the witness told him to leave. Inv. Pierre Easley then left a copy of the subpoena and his business card at the residence. On March 18, 2015, Inv. Pierre Easley returned to the witness' home in another attempt to serve this witness. Inv. Pierre Easley heard movement, but no one would come to the door. In addition, the subpoena and business card that Inv. Pierre Easley left the day prior was also gone. It is clear to the State that this witness is diligently avoiding the State and is unwilling to cooperate in the prosecution of this case. The State contends that unless this witness is arrested and required to give security for his appearance as a witness, he will not avail himself to testify at trial.

WHEREFORE, the undersigned prays that this Court order KIDANEMARIAM KASSA arrested as a material witness and that KIDANEMARIAM KASSA be held in the Fulton County jail until further order of the Court for consideration of an appearance bond.

Respectfully submitted, this Wednesday, March 18, 2015.

## CERTIFICATE OF SERVICE

I hereby certify that I have served the within and foregoing documents upon attorney of record for the defendant, by hand delivery, in open court, to:

April Northcross, Esq.

Wednesday, March 18, 2015.

Antoinette Stephenson
Assistant District Attorney, ADA
136 Pryor St., S.W., 3rd Floor
Atlanta, GA 30303
Phone: 404-612-4886