**Exhibit B**

IN THE SUPERIOR COURT OF FULTON COUNTY

STATE OF GEORGIA

FILED IN OFFICE
MAR 1 8 2015
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

| | |
|---|---|
| STATE OF GEORGIA | * |
| vs. | * INDICTMENT NO. 14SC126099 |
| | * Judge Wendy Shoob |
| Jarvis Taylor | * |

### ORDER FOR THE ARREST OF MATERIAL WITNESS

The application by the State for the Arrest of a Material Witness having been read and considered, it is therefore ORDERED that the person of KIDANEMARIAM KASSA (B/M; DOB: ▓▓▓▓) be arrested and incarcerated in the Fulton County Jail as a Material Witness in the above styled case now pending before this Court. Further, upon his arrest and incarceration, the jail immediately shall notify the undersigned of his arrest and incarceration so that a hearing can be scheduled to consider the matter of an appearance bond.

SO ORDERED, this Wednesday, March 18, 2015

Judge ~~Wendy Shoob~~ John. J. Goger
Fulton County Superior Court

Submitted by:
Antoinette Stephenson, ADA
Office of the District Attorney
Atlanta Judicial Circuit
Phone: 404-612-4886