# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02068-WMR
## Kassa v. Fulton County, Georgia et al
## Honorable William M Ray, II

Minute Sheet for proceedings held In Open Court on 01/14/2019.

TIME COURT COMMENCED: 11:10 A.M.
TIME COURT CONCLUDED: 12:30 P.M.　　COURT REPORTER: Wynette Blathers
TIME IN COURT: 1:20　　DEPUTY CLERK: Jennifer Lee
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Tiffany Roberts representing Plaintiff<br>Ashley Palmer representing Defendants |
| PROCEEDING CATEGORY: | Motion Hearing (Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [27]Motion to Dismiss TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | Parties argued the Motion to Dismiss. The Court will take the matter under advisement and issue a ruling at a later date. |
| HEARING STATUS: | Hearing Concluded |