# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KIDANEMARIAM KASSA<br><br>Plaintiff,<br><br>v.<br><br>FULTON COUNTY, GEORGIA, et al,<br><br>Defendants. | CIVIL ACTION FILE NO:<br><br>1:17-cv-2068-WMR |

## ORDER GRANTING JOINT MOTION TO EXTEND RULE 26 DEADLINE

The parties' Joint Motion to Extend Rule 26 Deadlines [Dkt 39] is herein GRANTED through and until **April 25, 2019.**

**IT IS SO ORDERED,** this 25th day of March 2019.

_____
WILLIAM M. RAY, II
United States District Judge