# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| KIDANEMARIAM KASSA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL RIGHTS COMPLAINT |
| v. ) | 42 U.S.C. § 1983 |
| ) | |
| ) | CIVIL ACTION NO. |
| ) | 1:17-CV-02068-WMR |
| FULTON COUNTY, GEORGIA, ) | |
| PAUL H. HOWARD, officially & ) | |
| Individually, ) | |
| ANTIONETTE STEPHENSON, ) | |
| individually, PIERRE EASLEY, ) | |
| individually, and JOHN DOE, ) | |
| officially & individually, ) | |
| ) | |
| Defendants. ) | |

## PETITION FOR LEAVE OF ABSENCE OF ASHLEY J. PALMER

COMES NOW Ashley J. Palmer, lead counsel for Defendants District Attorney Paul H. Howard, Antionette Stephenson and Pierre Easley, and pursuant to Local Rule 83.1(E)(3) of the U.S. District Court for the Northern District of Georgia, hereby petitions the Court for a leave of absence for the periods of:

**May 16-17, 2019**, for the purpose of attending the National High School Mock Trial Competition in Athens, Georgia as a member of the National Planning Committee; and

**May 23-24, 2019** and **July 3-5, 2019**, for the purpose of vacation.

During these periods, the undersigned will be away from the practice of law. A proposed Order is attached. Counsel understands that a leave of absence does not extend previously set filing deadlines nor relieve counsel from other deadline requirements imposed by the Court.

Respectfully submitted, this 13th day of May, 2019.

>*/s/ Ashley J. Palmer*
>Ashley J. Palmer
>Senior Assistant County Attorney
>Georgia Bar No. 603514
>ashley.palmer@fultoncountyga.gov

**Office of the Fulton County Attorney**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| KIDANEMARIAM KASSA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL RIGHTS COMPLAINT |
| v. ) | 42 U.S.C. § 1983 |
| ) | |
| ) | CIVIL ACTION NO. |
| ) | 1:17-CV-02068-WMR |
| FULTON COUNTY, GEORGIA, ) | |
| PAUL H. HOWARD, officially & ) | |
| Individually, ) | |
| ANTIONETTE STEPHENSON, ) | |
| individually, PIERRE EASLEY, ) | |
| individually, and JOHN DOE, ) | |
| officially & individually, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on this the 13th day of May, 2019, the undersigned counsel presented this document in Times New Roman, 14 point type in accordance with L.R. 5.1(C) and served a copy of the foregoing PETITION FOR LEAVE OF ABSENCE OF ASHLEY J. PALMER upon all parties of record by depositing a true and correct copy of same in the United States mail with adequate postage affixed thereto and addressed as follows:

Tiffany W. Roberts
235 Peachtree Street NE
Suite 400
Atlanta, Georgia 30303
(404) 287-4090

Respectfully submitted, this 13th day of May, 2019.

*/s/ Ashley J. Palmer*
Ashley J. Palmer
Senior Assistant County Attorney
Georgia Bar No. 603514
ashley.palmer@fultoncountyga.gov

**Office of the Fulton County Attorney**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)

P:\CALitigation\District Attorney (DA)\Kassa, Kidanemariam v. Fulton County\Pleadings and Motions\05.13.19 Petition for Leave of Absence.docx

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| KIDANEMARIAM KASSA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL RIGHTS COMPLAINT |
| v. ) | 42 U.S.C. § 1983 |
| ) | |
| ) | CIVIL ACTION NO. |
| ) | 1:17-CV-02068-WMR |
| FULTON COUNTY, GEORGIA, ) | |
| PAUL H. HOWARD, officially & ) | |
| Individually, ) | |
| ANTIONETTE STEPHENSON, ) | |
| individually, PIERRE EASLEY, ) | |
| individually, and JOHN DOE, ) | |
| officially & individually, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

THEREFORE, having come for consideration, Petition for Leave of Absence of Ashley J. Palmer, and for good cause shown, IT IS HEREBY ORDERED that Defendant's lead counsel, Ashley J. Palmer, is permitted a leave of absence for the period of May 16-17, 2019; and May 23-24, 2019 and July 3-5, 2019 from the practice of law for the purposes of attending the National High School Mock Trial Competition in Athens, Georgia as a member of the National Planning Committee and vacation, respectively.

IT IS SO ORDERED this _____ day of _____, 2019.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE