UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KIDANEMARIAM KASSA,<br>            Plaintiff,<br><br>vs.<br><br>FULTON COUNTY, GEORGIA, PAUL H. HOWARD, ANTIONETTE STEPHENSON, PIERRE EASLEY, AND JOHN DOE,<br>            Defendants. | CIVIL ACTION FILE<br><br>NO.  1:17-CV-2068-SDG |

## J U D G M E N T

This action having previously come before the court, Honorable William M. Ray, II, United States District Judge, for consideration of Defendants' Motion to Dismiss, and the court having granted said motion as to Defendants Paul H. Howard, Antionnette Stephenson, and John Doe on February 4, 2019; and Defendant Pierre Easley's Motion for Summary Judgment having been granted by the Honorable Steven D. Grimberg on May 14, 2020, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant, Pierre Easley, recover  its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 14th day of May, 2020.

                                      JAMES N. HATTEN
                                      CLERK OF COURT

                                      By: s/ Jordyn Dobbins
                                            Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
May 14, 2020
James N. Hatten
Clerk of Court

By:  s/ Jordyn Dobbins

‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ———————————
‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ Deputy Clerk